AO 106 (Rev. 04/10) Application for a Search Warrant

AUTHORIZED AND APPROVED/DATE: K. Blackwell 5/22/25

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

FILED
MAY 23 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH DISCORD ACCOUNT WITH USERNAME LUCKYSHOT2913 AND EMAIL ZACHARY6673@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY DISCORD INC.

Case No. M-25-341-AMG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A," which is attached and incorporated by reference herein.

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B," which is attached and incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possessing or Accessing with Intent to View Material Containing Child Pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution or Receipt of Child Pornography |

The application is based on these facts:

See attached Affidavit of CLPD Investigator Isaac Bates, which is incorporated by reference herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature* #417

ISAAC BATES, CLPD INVESTIGATOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/23/25

*Judge's signature*

City and state: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD ACCOUNT WITH USERNAME LUCKYSHOT2913 AND EMAIL ZACHARY6673@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY DISCORD INC. | Case No. _____ |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Isaac Bates, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises owned, maintained, controlled, or operated by Discord Inc. ("Discord"), an electronic communications service and/or remote computing service provider headquartered in San Francisco, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. Affiant is a Criminal Investigator for the Chickasaw Lighthorse Police Department (CLPD). Your Affiant is currently assigned to the Oklahoma State Bureau of Investigations Internet Crimes Against Children's Task Force (OSBI ICAC). Your Affiant has been employed by the Chickasaw Lighthorse Police Department since February of 2022. Your Affiant began his

career with the Denison Police Department in Denison, Texas, in 2007, working as a patrol officer, conducting several basic patrol functions and investigating various crimes. In 2014, your Affiant began his employment with the Grayson County Sheriff's Office in Sherman, Texas, and became a Criminal Investigator from 2015 to 2019. During this time, your Affiant was assigned to Sexual Assault investigations and Child Sexual Assault crimes, including cases of Child Sexual Abuse Material (CSAM). During Affiant's time as a Law Enforcement Officer and Criminal Investigator, Affiant has participated in numerous criminal investigations as the primary investigator or in a backup capacity. Affiant has also received significant training in criminal investigations, including investigations into violent crimes, Sexual Assault Investigations, and computer crimes.

3. As a Law Enforcement Officer, Affiant, has received approximately 2350 hours of Continuing Education from the Texas Commission on Law Enforcement (TCOLE) and held an Advanced Peace Officer License in Texas prior to transferring to Oklahoma and is currently licensed with the Oklahoma Council on Law Enforcement Education and Training (CLEET).

4. As a Criminal Investigator with the CLPD, your affiant is a law enforcement officer of the Chickasaw Nation, as well as a special commissioned law enforcement officer (SLEC) with the Bureau of Indian Affairs (BIA). Your affiant is also a United States law enforcement officer as defined by 18 U.S.C. § 2510(7), meaning that your Affiant is empowered by law to conduct investigations of and to make arrests for violations of Federal law, including violations related to child exploitation.

5. For the purposes of supporting this Application for Search Warrant, I have set forth herein facts that I believe are sufficient to establish probable cause to believe that evidence of violations of 18 U.S.C § 2252A(a)(5)(B) (Possessing or Accessing with Intent to View Material Containing Child Pornography), 18 U.S.C § 2252A(a)(2) (Distribution or Receipt of Child

2

Pornography), or other similar child sexual exploitation crime, are located in records associated with a Discord account with username "luckyshot2913" and email "zachary6673@gmail.com," hereinafter referred to as "**TARGET ACCOUNT**"

6. The information in this Affidavit is based upon my personal knowledge, training, and experience, and information learned, either directly or indirectly, from witnesses, records, and other law enforcement officers and agents. This Affidavit is intended to show merely that there is sufficient probable cause for the requested Warrants and does not set forth all my knowledge about this matter.

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See also* 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE FACTS

8. On April 22, 2024, I received a case from OSBI ICAC task force and began an investigation into Zachary Lee WHITE's involvement in the possession and distribution of Child Pornography (CLPD Case #2024-11354). The investigation began when OSBI received a cybertip from the National Center for Missing and Exploited Children (NCMEC) associated with what appeared to be WHITE's Snapchat account. Eventually, a total of three cybertips, alleging the presence or transfer of Child Sexual Abuse Material (CSAM) over the internet, were received from NCMEC and are associated with either WHITE's phone number, email, or both.

9. On April 22, 2024, I reviewed cybertip #188544129 that involved a Snapchat account with telephone number (405)695-9524, username "red_slayer69420," and a user date of birth of 10/10/1992. OSBI ICAC analysts previously determined through a TLO open record

3

search that telephone number (405)695-9524 was connected to Zachary Lee WHITE, date of birth of 10/10/1992, who lived at 1669 Cowboy LN, Blanchard, Oklahoma, which is located within the Western District of Oklahoma. On April 22, 2024, I also verified this information via an open-source search. I reviewed the images associated with the cybertip and confirmed that the images were CSAM. One image depicted a young prepubescent female engaged in sexually explicit conduct with, what appeared to be, a white female with a strap-on dildo. One image depicted a prepubescent female engaged in sexually explicit activity with a dark-skinned male. According to the cybertip, these images were uploaded or transferred using the subject Snapchat account on February 29, 2024.

10. On July 3, 2024, I reviewed cybertip #189649823 that involved an Instagram account with username "red_slayer2022" and email of "zachary6673@gmail.com." OSBI ICAC analysts previously determined through an open record search that email "Zachary6673@gmail.com" to be associated with Zachary Lee WHITE. I reviewed one of the images that was uploaded to or transferred from this Instagram account and confirmed that it was CSAM. This image depicted two prepubescent females both naked any from the waist down exposing their vaginal area. According to the cybertip, several CSAM images were uploaded or transferred using the subject Instagram account on March 14, 2024, and March 15, 2024.

11. Cybertip #193635146 involved a Discord account with username "luckyshot2913" and email "zachary6673@gmail.com" (**TARGET ACCOUNT**). I reviewed the image that was uploaded to or transferred from this Discord only account and confirmed that it was CSAM. This image depicted a prepubescent nude male engaged in sexually explicit conduct with a prepubescent nude female laying on her back with her legs in the air. According to the cybertip, this image was uploaded or transferred using the subject Discord account on May 15, 2024.

4

12.　On July 18, 2024, a Chickasaw Nation search warrant was executed at WHITE's residence at 1669 Cowboy Ln, Blanchard, Oklahoma and the following devices were seized: 1) WHITE's iPhone 12 Pro Max, 2) WHITE's Acer laptop, 3) WHITE's son's iPhone SE, 4) WHITE's son's HP laptop. Upon review of the devices, no CSAM was found to be present on the devices. However, upon a search of the mail application on WHITE's iPhone 12 Pro Max, an email was sent from Discord to "zachary6673@gmail.com" on June 22, 2022, stating, "you have 9 new messages." There was also an email from Discord to "zachary6673@gmail.com" notifying WHITE that his Discord account had violated community standards, which was likely related to the NCMEC cybertip discovery of CSAM on WHITE's Discord account.

13.　On July 18, 2024, I interviewed WHITE regarding the NCMEC cybertips. WHITE confirmed that the email "zachary6673@gmail.com" belonged to him. WHITE also confirmed that his phone number is (405)695-9524. WHITE claimed that he does not have any social media other than Facebook. WHITE explained that he used to have Snapchat a year ago with username "luckyshot2913."

14.　On May 13, 2025, WHITE was arrested by the United States Marshall Service pursuant to a federal arrest warrant in case number CR-25-167-PRW.

## BACKGROUND CONCERNING DISCORD[1]

15.　Discord is a multimedia messaging service, accessible through its mobile and desktop applications and through its website, that allows subscribers to share messages,

---

[1] The information in this section is based on information published by Discord on its public website, including, but not limited to, the following webpages: "How Discord Works with Law Enforcement," available at https://discord.com/safety/360044157931-working-with-law-enforcement; "How to Find User IDs for Law Enforcement," available at https://support.discord.com/hc/en-us/articles/4407571667351-Law-Enforcement-Guidelines; and "Discord Basics," available at https://support.discord.com/hc/en-us/categories/115000217151.

multimedia, and other information with other Discord users.

16. Discord provides chat and messaging functions to its users. Users obtain an account by registering with Discord. Users can chat with other users on different virtual chat servers, which may be further organized into various channels on each server. All messages sent to a chat server/channel will be visible to all other users authorized to access such chat server/channel (some could be open to all users of Discord), and all messages in a given server/channel remain until deleted by the sender or an administrator or moderator. Discord also allows users to message each other directly and, as with chats in the chat servers/channels, these direct messages are also retained until deleted by the sender. Users can contact each other through voice calls, video calls, text messaging, and by sending digital files.

17. Users can create a Discord account by registering with an email address and choosing a username. Discord previously allowed multiple users to use the same username and assigned a four-digit number called a "discriminator," prefixed with "#" which is added to the end of their username to allow unique user identification. As of July 2023, newly created usernames are unique and users can be identified by their username alone. Users are also assigned a unique 17- or 18-digit user identification number (UID) which can be obtained publicly on the user's Discord account profile.

18. Discord allows users to open servers, and channels within a server, to host communication between users concerning a particular topic. Any user can create a Discord server and control which users can access it. Some servers, especially ones operated by commercial entities, allow access to any Discord user. Administrators who run these servers can customize the name, rules of behavior, and welcome screen, as well as link social media or other third-party accounts to their server. Channels within servers offer smaller forums to communicate on sub-

topics within the larger server. These channels support the same messaging features as direct messaging.

19. Discord also allows users to create voice channels, which operate as open lines of audio communication that users can join and leave at any time. Despite the name, voice channels also support streaming video content. Additionally, users in a voice channels can set a "status" that can be used to describe the activity occurring in the channel.

20. Channel administrators and designated moderators can enforce server rules by, for example, removing content or suspending or banning users.

21. Nitro is a paid subscription service that gives users access to premium features on Discord such as specialized and customized content, server promotion, and enhanced file uploads and video streaming.

22. Discord collects information about users' activities on Discord, including the friends a user adds, the servers the user joins, the user's roles in servers, content moderation decisions the user makes, and other related actions.

23. Discord stores messages and attachments sent between users directly, in groups, or in servers. This content is retained on Discord's servers, and is accessible to participants of those communications, until deleted by the sender or an administrator. Messages may continue to be available on Discord's servers for a period of time even if deleted.

24. Discord generally asks its users to provide certain personal identifying information when registering for an account. Such information can include the user's email address, telephone number(s), birthday, and other identifiers, and, for paying subscribers, their full name, means and source of payment (including a credit or bank account number), and billing address. Based on my

training and my experience, I know that this information, even if falsified, often provides clues to a user's identity, location, or illicit activities.

25. Discord typically retains certain transactional information about the creation and use of each account on its systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service(s) utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website or on a mobile application), and other log files that reflect usage of the account. In addition, Discord may have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Discord account. Discord may also receive and store other information about the devices used to access Discord services. This includes information like operating system information, browser information, and information about device settings.

26. In some cases, account users will communicate directly with Discord about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Discord typically retains records about such communications, including records of contacts between the user and Discord's support services, as well as records of any actions taken by Discord or a user as a result of the communications.

27. Users may give Discord permission to collect their information from third-party services. For example, a user may connect their Facebook account to their Discord account and, in doing so, provide Discord with certain information about their Facebook account (e.g., their

8

username and contacts). Users that access Discord through third party advertisements may also grant Discord access to the information collected from the third party hosting the advertisement, including social media companies.

28. In my training and experience, evidence of who was using a Discord account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

29. Based on my training and experience, chat messages, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Discord account may provide direct evidence of the offenses under investigation and can also lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

30. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Discord can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, chat messages, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the account at a relevant time, and device identifiers and IP addresses can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

31. Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.*, information indicating a plan to commit a crime), or consciousness of guilt (*e.g.*, deleting account information in an effort to conceal evidence from law enforcement).

32. Other information connected to the use of an account may lead to the discovery of additional evidence. For example, accounts are often assigned or associated with additional identifiers such as account numbers, advertising IDs, and third-party platform subscriber identities. This information may help establish attribution, identify and link criminal activity across platforms, and reveal additional sources of evidence. For, example there may be evidence on the **TARGET ACCOUNT** that shows WHITE's usage of other social media platforms or communication service providers to receive, distribute, or store CSAM. Further, there may be evidence on the **TARGET ACCOUNT** that shows WHITE's usage of financial platforms that helped facilitate the purchase or sale of CSAM material.

33. Discord's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Discord. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users. Further, based upon information received from NCMEC cybertip #193635146, and the surrounding facts of the investigation, there is probable cause to believe that CSAM activity will be found within the **TARGET ACCOUNT** data.

## CONCLUSION

34. Based on the forgoing, I request that the Court issue the proposed search warrant.

35. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Discord. Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____ # 417
Isaac Bates
Criminal Investigator
Chickasaw Lighthorse Police Department

Subscribed and sworn to before me on May 23, 2025.

_____
AMANDA MAXFIELD GREEN
United States Magistrate Judge

11

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Discord account with username "luckyshot2913" and email "zachary6673@gmail.com" (**TARGET ACCOUNT**) that is stored at premises owned, maintained, controlled, or operated by Discord Inc. a company headquartered in San Francisco, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Discord Inc. ("Discord")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made on the **TARGET ACCOUNT,** Discord is required to disclose to the government for the **TARGET ACCOUNT** listed in Attachment A:

- A. All business records and subscriber information, in any form kept, pertaining to the account, including:

    1. Identity and contact information (past and current), including Discord User ID, full name, e-mail addresses, physical address, date of birth, phone numbers, and other personal identifiers;

    2. All Discord usernames (past and current) and the date and time each username was active, all associated or linked Discord accounts (including those linked by machine cookie);

    3. Account avatar history, account description, and other account media;

    4. Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

    5. Devices and networks used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, apps, and web browsers;

    6. All advertising information, including advertising IDs, ad activity, and ad topic preferences;

    7. Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from **January 1, 2024, to May 13, 2025;**

    8. Privacy and account settings, including change history; and

9. Communications between Discord and any person regarding the account, including contacts with support services, records of actions taken, and requests for account deletion;

B. All names of all servers or channels the account is or was a member of; and

C. All names of all servers or channels the account serves or served as an administrator or moderator of, and when they became an administrator or moderator of any such servers or channels;

D. All content, records, and other information created, uploaded, or shared by or with the account (including drafts) from **January 1, 2024, to May 13, 2025**, in direct and group messages, and servers or channels, including messages, posts, announcements, voice messages, custom emojis, images, videos, notes, texts, links, avatars, other files, and all associated logs and metadata;

E. All content, records, and other information relating to communications sent from or received by the account from **January 1, 2024, to May 13, 2025**, in direct and group messages, and servers or channels, including but not limited to:

   1. The content of all communications sent from or received by the account (including drafts), including direct and group messages, chats, and all associated multimedia and metadata;

   2. All records and other information about all communications sent from or received by the account, including dates and times, methods, invitations, sources and destinations (including user IDs and usernames), and statuses (such as delivered, opened, read);

F. All content, records, and other information relating to all other interactions between the account and other Discord users from **January 1, 2024, to May 13, 2025**, including but not limited to:

   1. Interactions by other Discord users with the account or its content, including approved and denied friend requests, blocks and unblocks, shares, invitations, and mentions;

   2. All users with whom the account has requested or denied friend requests, blocked, unblocked, shared, sent or received invitations, or mentioned;

   3. All contacts and related sync information; and

   4. All associated logs and metadata;

G. All content, records, and other information related to connections between the account and third-party services, websites, and apps (whether active, expired, or removed) from **January 1, 2024, to May 13, 2025**, including all data shared with Discord as a result of those connections;

2

H. All records of searches performed by the account from **January 1, 2024, to May 13, 2025**;

I. All location information associated with the account from **January 1, 2024, to May 13, 2025**; and

J. All other activity logs, session history, analytics, and user settings.

Discord is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence, instrumentalities, and/or contraband of violations of 18 U.S.C § 2252A(a)(5)(B) (Possessing or Accessing with Intent to View Material Containing Child Pornography), 18 U.S.C § 2252A(a)(2) (Distribution or Receipt of Child Pornography), or other similar child sexual exploitation crimes within the account listed in Attachment A.